1   DANIEL M. FEINBERG (Cal. State Bar No. 135983)
    LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
2   1330 Broadway, Suite 1800
    Oakland, California 94612
3   Telephone: (510) 839-6824                    **E-filed 1/4/06**
    Facsimile: (510) 839-7839
4   E-mail: dfeinberg@lewisfeinberg.com

5   (Additional counsel listed on second page)

6   Attorneys for Plaintiff Gustavo Herrera

7   JEFFREY D. WOHL (Cal. State Bar No. 96838)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   55 Second Street, 24th Floor
    San Francisco, California 94105-3441
9   Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
10  E-mail: jeffwohl@paulhastings.com

11  (Additional counsel listed on second page)

12  Attorneys for Defendant Sodexho, Inc.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  GUSTAVO HERRERA individually and        No. C-05-1247-JF
    on behalf of others similarly situated, and
19  the general public,                     STIPULATION AND [PROPOSED] ORDER RE:
                                             STAY PENDING JUDICIAL APPROVAL OF
20              Plaintiff,                    SETTLEMENT

21        vs.

22  SODEXHO, INC., a Delaware corporation,
    and Does 1 through 10, inclusive,
23
                Defendants.
24

25

26

27

28
                                             STIPULATION AND ORDER RE: STAY
                                             U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1

1 | Additional counsel for plaintiff:

2 | AARON KAUFMANN (Cal. State Bar No. 148580)
DAVID POGREL (Cal. State Bar No. 203787)

3 | HINTON, ALFERT & SUMNER
1646 No. California Blvd., Suite 600

4 | Walnut Creek, California 94596
Telephone: (925) 932-6006

5 | Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com

6 | E-mail: pogrel@hinton-law.com

7 | JOHN W. BEEBE (Cal. State Bar No. 183500)
GREEN & AZEVEDO

8 | 1234 H Street
Sacramento, California 95814

9 | Telephone: (916) 446-7701
Facsimile: (916) 446-3430

10 | E-mail: jbeebe@green-azevedo.com

11 | Additional counsel for defendant:

12 | STEPHEN H. HARRIS (Cal. State Bar No. 184608)
PAUL, HASTINGS, JANOFSKY & WALKER LLP

13 | 515 South Flower Street, 25th Floor
Los Angeles, California 90071

14 | Telephone: (213) 683-6000
Facsimile: (213) 627-0705

15 | E-mail: stephenharris@paulhastings.com

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: STAY
U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1

1

**STIPULATION**

2    Plaintiff Gustavo Herrera and defendant Sodexho, Inc., acting through their respective counsel of

3  record, hereby stipulate as follows:

4    1.    This action, *Herrera v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1247-JF

5  ("*Herrera*"), and a related action, *Cevallos v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1671-JF

6  ("*Cevallos*"), both are currently pending before this Court. A case management conference in both

7  actions is scheduled for Friday, January 6, 2006.

8    2.    On December 15, 2005, the parties in *Herrera* and *Cevallos* participated in a private

9  mediation before Antonio C. Piazza of Gregorio, Haldeman, Piazza, Rotman & Frank, which produced a

10  settlement of both actions.

11    3.    Because both actions are putative class actions, the settlement is subject to preliminary

12  and final judicial approval before it may become effective.

13    4.    As part of the settlement, and to avoid any issue of whether this Court has jurisdiction

14  over the actions to approve a settlement (due to the question whether plaintiffs' claims are preempted by

15  the Employee Retirement Income Security Act of 1974), the parties have agreed that a new action will

16  be filed in Alameda Superior Court for the sole purpose of obtaining preliminary and final judicial

17  approval of the settlement. Should that occur, the parties then will stipulate to dismissal of *Herrera* and

18  *Cevallos*. Should the settlement not be approved, then the Alameda Superior Court action will be

19  dismissed and the parties will request the Court to lift the stay in *Herrera* and *Cevallos*.

20    5.    The parties therefore believe there is good cause for, and on that basis request that the

21  Court order, a stay of both *Herrera* and *Cevallos* until such time as either the settlement of both actions

22  is finally judicially approved, or the settlement of both actions is not finally judicially approved, by

23  means of the planned Alameda Superior Court action.

24    6.    The parties anticipate that the settlement will receive final judicial approval in or about

25  June 2006. The parties will timely report to the Court at that time on the status of judicial approval of

26  the settlement before the Alameda Superior Court.

27    7.    Nothing in this stipulation is intended to constitute a waiver by either side of its

28  respective position on whether the Court has jurisdiction over *Herrera* or *Cevallos*.

STIPULATION AND ORDER RE: STAY
U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1

1

Dated: December ___, 2005.  DANIEL FEINBERG
2                             LEWIS, FEINBERG, RENAKER & JACKSON P.C.

3                             AARON KAUFMANN
                              DAVID POGEL
4                             HINTON, ALFERT & SUMNER

5                             JOHN W. BEEBE
                              GREEN & AZEVEDO
6

7                             By:_____
                                          Daniel Feinberg
8                                Attorneys for Plaintiff Gustavo Herrera

9
Dated: December ___, 2005.  JEFFREY D. WOHL
10                            STEPHEN H. HARRIS
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP
11

12                            By: /s/ _____
                                          Jeffrey D. Wohl
13                               Attorneys for Defendant Sodexho, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                2        STIPULATION AND ORDER RE: STAY
                                         U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1

7.      Nothing in this stipulation is intended to constitute a waiver by either side of its respective position on whether the Court has jurisdiction over *Herrera* or *Cevallos*.

Dated:  December 22, 2005.      DANIEL FEINBERG
                                LEWIS, FEINBERG, RENAKER & JACKSON P.C.

                                AARON KAUFMANN
                                DAVID POGEL
                                HINTON, ALFERT & SUMNER

                                JOHN W. BEEBE
                                GREEN & AZEVEDO

                                By: _____
                                                Daniel Feinberg
                                    Attorneys for Plaintiff Gustavo Herrera

Dated:  December ___, 2005.     JEFFREY D. WOHL
                                STEPHEN H. HARRIS
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                By: _____
                                                Jeffrey D. Wohl
                                    Attorneys for Defendant Sodexho, Inc.

2                      STIPULATION AND ORDER RE: STAY
                       U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53726792.1

## ORDER

Based on the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that this action be and is hereby STAYED pending the parties' efforts to obtain final judicial approval of their settlement by means of a new action to be filed with the Alameda Superior Court. The parties are directed to report to the Court on or before June 30, 2006, on the status of the approval process.

IT IS FURTHER ORDERED that the case management conference scheduled for January 6, 2006, be and is hereby VACATED.

Dated: December 28, 2005.

/s/electronic signature authorized

Jeremy Fogel
United States District Judge

STIPULATION AND ORDER RE: STAY
U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1