1  DANIEL M. FEINBERG (Cal. State Bar No. 135983)
   LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
2  1330 Broadway, Suite 1800
   Oakland, California 94612
3  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
4  E-mail: dfeinberg@lewisfeinberg.com

5  (Additional counsel listed on second page)

6  Attorneys for Plaintiff Gustavo Herrera

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
10 E-mail: jeffwohl@paulhastings.com

11 (Additional counsel listed on second page)

12 Attorneys for Defendant Sodexho, Inc.

**E-filed 6/14/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUSTAVO HERRERA individually and on behalf of others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SODEXHO, INC., a Delaware corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | No. C-05-1247-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: JUNE 30, 2006 STATUS CONFERENCE** |

Additional counsel for plaintiff:

AARON KAUFMANN (Cal. State Bar No. 148580)
DAVID POGREL (Cal. State Bar No. 203787)
HINTON, ALFERT & SUMNER
1646 No. California Blvd., Suite 600
Walnut Creek, California 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

JOHN W. BEEBE (Cal. State Bar No. 183500)
GREEN & AZEVEDO
1234 H Street
Sacramento, California 95814
Telephone: (916) 446-7701
Facsimile: (916) 446-3430
E-mail: jbeebe@green-azevedo.com

Additional counsel for defendant:

STEPHEN H. HARRIS (Cal. State Bar No. 184608)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

E-mail: stephenharris@paulhastings.com

# STIPULATION

Plaintiff Gustavo Herrera and defendant Sodexho, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. This action, *Herrera v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1247-JF ("*Herrera*"), and a related action, *Cevallos v. Sodexho, Inc.*, U.S.D.C., N.D. Cal., No. C-05-1671-JF ("*Cevallos*"), both are currently pending before this Court. A status conference in both actions is scheduled for Friday, June 30, 2006.

2. On December 15, 2005, the parties in *Herrera* and *Cevallos* participated in a private mediation before Antonio C. Piazza of Gregorio, Haldeman, Piazza, Rotman & Frank, which produced a settlement of both actions.

3. Because both actions are putative class actions, the settlement is subject to preliminary and final judicial approval before it may become effective.

4. As part of the settlement, and to avoid any issue of whether this Court has jurisdiction over the actions to approve a settlement (due to the question whether plaintiffs' claims are preempted by the Employee Retirement Income Security Act of 1974), the parties agreed to file a new action in Alameda County Superior Court (the "Superior Court") for the sole purpose of obtaining preliminary and final judicial approval of the settlement. The parties further agreed that should final judicial approval of the settlement be given, then the parties would stipulate to dismissal of *Herrera* and *Cevallos*. The parties further agreed that should the settlement not be approved, then the Superior Court action would be dismissed and the parties would request the Court to lift the stay in *Herrera* and *Cevallos*.

5. On May 9, 2006, plaintiffs filed the new action in the Superior Court, entitled *Cevallos, et al. v. Sodexho, Inc.*, No. RG06268867.

6. On June 6, 2006, the Superior Court granted preliminary approval of the settlement. A true and correct copy of the Superior Court's preliminary approval order is attached to this stipulation. The final approval hearing on the settlement will be held on October 19, 2006.

7. The parties therefore believe there is good cause for, and on that basis request, a continuance of the June 30, 2006, Status Conference until January 2007.

STIPULATION AND ORDER RE: STAY
U.S.D.C., N.D. Cal., No. C-05-1247-JF

LEGAL_US_W # 53126792.1

8. The parties anticipate that the settlement will receive final judicial approval in October 2006, and become final 60 days thereafter. If the settlement becomes final, then the parties will file a stipulation of dismissal of this action and the *Cevallos* action pursuant to the terms of the settlement agreement and the January 2007 status conference will not be necessary.

9. Nothing in this stipulation is intended to constitute a waiver by either side of its respective position on whether the Court has jurisdiction over *Herrera* or *Cevallos*.

I, Daniel Feinberg, attest, pursuant to General Order No. 45, Rule X, that Jeffrey Wohl concurred in the filing of this document.

Dated: June 12, 2006.   DANIEL FEINBERG
LEWIS, FEINBERG, RENAKER & JACKSON P.C.

AARON KAUFMANN
DAVID POGEL
HINTON, ALFERT & SUMNER

JOHN W. BEEBE
GREEN & AZEVEDO


By:_____
Daniel Feinberg
Attorneys for Plaintiff Gustavo Herrera

Dated: June 12, 2006.   JEFFREY D. WOHL
STEPHEN H. HARRIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____
Jeffrey D. Wohl
Attorneys for Defendant Sodexho, Inc.

**ORDER**

Based on the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that the June 30, 2006, status conference be and hereby is VACATED. Unless this action is dismissed beforehand, in which the status conference will be automatically vacated, the parties are directed to report to the Court on January 12, 2007, to report on the status of the approval process.

Dated: June 13, 2006.

_____
Jeremy Fogel
United States District Judge